No. 84–6239.  REICKENBACKER v. LENNON, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 84–6253.  BAHRAMIAN v. CITY PLANNING COMMISSION OF THE CITY OF CINCINNATI ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 84–6261.  BENFIELD v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 84–6343.  ALLEN v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 84–6406.  SHIPP v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 84–6417.  WILLIAMS v. LEHIGH COUNTY COURT OF COMMON PLEAS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 84–6430.  WILLIAMS v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 84–6458.  DONEY v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 84–6478.  WALDROP v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 84–6515.  BAKER v. DUCKWORTH, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 84–6591.  PRENTICE v. ILCHERT, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir. Certiorari denied.

No. 84–6613.  RUSNIACZEK v. UNITED AIR LINES.  C. A. 2d Cir.  Certiorari denied.

No. 84–6622.  GANEY v. ANDERSON ET AL.  C. A. 4th Cir. Certiorari denied.

No. 84–6623.  GANEY v. WOODARD ET AL.  C. A. 4th Cir. Certiorari denied.

No. 84–6624.  GANEY v. BAREFOOT ET AL.  C. A. 4th Cir. Certiorari denied.

No. 84–6625.  GANEY v. FOX ET AL.  C. A. 4th Cir.  Certiorari denied.